**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile:  (916) 605-4075
andrew@caulfieldlawfirm.com

**Attorneys for Defendants County of El Dorado,**
**County of El Dorado Sheriff's Department,**
**and Brandon Pina (sued herein as Brandon Pena)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PATRICK WAYNE SOLOMON,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE; CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT; OFFICER J. HERMINGHAUS, individually and in his official capacity; COUNTY OF EL DORADO SHERIFF'S DEPARTMENT, OFFICER BRANDON PENA individually and in his official capacity; and DOES 1-10, inclusive,<br><br>              Defendants. | Case No.  2:13-cv-00115-GEB-CKD<br><br>**STIPULATION AND PROPOSED ORDER RE EXTENSION OF TIME FOR EL DORADO DEFENDANTS TO RESPOND**<br><br>**Hon. Garland E. Burrell, Jr.** |

Plaintiff Patrick Wayne Solomon ("Plaintiff") and Defendants County of El Dorado, County of El Dorado Sheriff's Department, and Brandon Pina (sued herein as Officer Brandon Pena) (collectively, "County Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

   **1.** **WHEREAS**, the County of El Dorado has not yet been served in this case.  Counsel for the County Defendants has agreed to accept service by mail on behalf of the County of El Dorado.  Plaintiff will effectuate service on the County in this manner forthwith.

   **2.** **WHEREAS,** the Court docket currently identifies February 13, 2013 as the due date for the responsive pleading to be filed by Defendants County of El Dorado Sheriff's Department and

Brandon Pina.  (See Dckt. No. 8, 9).

**3.**     **WHEREAS**, Plaintiff has agreed to an extension of time for Defendants County of El Dorado Sheriff's Department and Brandon Pina to respond to the Complaint, making those Defendants' responses due at the same time as the response is due from the County of El Dorado.

**4.**     **WHEREAS**, the parties have agreed that the County Defendants must answer, move, or otherwise respond to Plaintiff's Complaint on or before March 6, 2013.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

**1.**     The time within which Defendants County of El Dorado Sheriff's Department and Brandon Pina (sued herein as Officer Brandon Pena) must answer, move, or otherwise respond to Plaintiff's Complaint is extended from February 13, 2013 to March 6, 2013.

**2.**     The County of El Dorado must also answer, move, or otherwise respond to Plaintiff's Complaint on or before March 6, 2013.

**IT IS SO STIPULATED.**

DATED:  February 11, 2013              CAULFIELD LAW FIRM

                                       By:/s/ Andrew T. Caulfield
                                              Andrew T. Caulfield

                                       Attorneys for Defendants County of El Dorado,
                                       County of El Dorado Sheriff's Department, and
                                       Brandon Pina (sued herein as Brandon Pena)

DATED: February 11, 2013               THE LAW FIRM OF LAUB & LAUB

                                       By: /s/ Jennifer Peterson
                                              Jennifer Peterson, Esq.
                                              Susan M. Leeder

                                       Attorneys for Plaintiff Patrick Wayne Solomon

**IT IS SO ORDERED.**

DATED: 2/12/13
                                       The Honorable Garland E. Burrell, Jr.
                                       United States District Judge