**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile:  (916) 605-4075
andrew@caulfieldlawfirm.com

**Attorneys for Defendants County of El Dorado,**
**County of El Dorado Sheriff's Department,**
**and Brandon Pina (sued herein as Brandon Pena)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PATRICK WAYNE SOLOMON,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE; CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT; OFFICER J. HERMINGHAUS, individually and in his official capacity; COUNTY OF EL DORADO SHERIFF'S DEPARTMENT, OFFICER BRANDON PENA individually and in his official capacity; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.  2:13-cv-00115-GEB-CKD<br><br>**STIPULATION AND PROPOSED ORDER RE RESPONSE BY COUNTY DEFENDANTS TO PLAINTIFF'S COMPLAINT**<br><br>**Hon. Garland E. Burrell, Jr.** |

   Plaintiff Patrick Wayne Solomon ("Plaintiff") and Defendants County of El Dorado, County of El Dorado Sheriff's Department, and Brandon Pina (sued herein as Officer Brandon Pena) (collectively, "County Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

   **1.**     **WHEREAS**, pursuant to the Parties' stipulation and subsequent Court Order (Dckt. No. 14), the County Defendants are required to answer, move, or otherwise respond to Plaintiff's Complaint on or before March 6, 2013.

   **2.**     **WHEREAS**, the Parties recently agreed to a dismissal of all claims against the County of El Dorado Sheriff's Department with prejudice, pursuant to a stipulation filed on March 4,

1  2013 (Dckt. No. 18), which is pending before the Court.

2  **3.** **WHEREAS**, Plaintiff intends to file an Amended Complaint, either pursuant to Court
3  Order as a result of the pending Motion to Dismiss filed by the South Lake Tahoe Defendants, or
4  voluntarily upon the stipulation of the parties and as permitted by the Court.

5  **4.** **WHEREAS**, Plaintiff has agreed to allow the County Defendants to file a response to
6  the forthcoming Amended Complaint, rather than respond to the original Complaint, which will
7  become obsolete.

8  **5.** **WHEREAS**, the Parties have agreed that the County Defendants, with the exception
9  of the County of El Dorado Sheriff's Department, which is pending dismissal from the case, must
10 answer, move, or respond to the forthcoming Amended Complaint within 14 days of the date of the
11 filing of the forthcoming Amended Complaint.

12 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

13 **1.** The County Defendants are not required to answer, move, or otherwise respond to
14 Plaintiff's Complaint currently on file.

15 **2.** The County of El Dorado and Brandon Pina are required to answer, move, or
16 otherwise respond to the forthcoming Amended Complaint within 14 days of the filing of the
17 Amended Complaint.

18
19 **IT IS SO STIPULATED.**

20 DATED:  March 5, 2013                    CAULFIELD LAW FIRM

21                                         By:/s/ Andrew T. Caulfield
                                                 Andrew T. Caulfield

22                                         Attorneys for Defendants County of El Dorado,
                                           County of El Dorado Sheriff's Department, and
23                                         Brandon Pina (sued herein as Brandon Pena)

24
25
26 [Signatures Continued]
27
28

DATED: March 5, 2013                        THE LAW FIRM OF LAUB & LAUB

By: /s/ _____
　　　　Jennifer Peterson, Esq.
　　　　Susan M. Leeder

Attorneys for Plaintiff Patrick Wayne Solomon

**IT IS SO ORDERED.**

**Date: 3/5/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge