**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**
**CAULFIELD LAW FIRM**
1101 Investment Blvd., Suite 120
El Dorado Hills, CA 95762
Telephone: (916) 933-3200
Facsimile:  (916) 605-4075
andrew@caulfieldlawfirm.com

**Attorneys for Defendants County of El Dorado,**
**County of El Dorado Sheriff's Department,**
**and Brandon Pina (sued herein as Brandon Pena)**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PATRICK WAYNE SOLOMON,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE; CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT; OFFICER J. HERMINGHAUS, individually and in his official capacity; COUNTY OF EL DORADO SHERIFF'S DEPARTMENT, OFFICER BRANDON PENA individually and in his official capacity; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.  2:13-cv-00115-GEB-CKD<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ALL CLAIMS AGAINST COUNTY OF EL DORADO SHERIFF'S DEPARTMENT**<br><br>**Hon. Garland E. Burrell, Jr.** |

Plaintiff Patrick Wayne Solomon ("Plaintiff") and Defendants County of El Dorado, County of El Dorado Sheriff's Department, and Brandon Pina (sued herein as Officer Brandon Pena) (collectively, "County Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

 **1.** **WHEREAS**, the parties agree that the County of El Dorado Sheriff's Department is not a separately sueable entity from the County of El Dorado.  Therefore, the County of El Dorado Sheriff's Department is not a proper defendant in this case.

 **2.** **WHEREAS**, Plaintiff agrees to voluntarily dismiss all claims and causes of action against the County of El Dorado Sheriff's Department with prejudice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

**1.** All claims and causes of action against the County of El Dorado Sheriff's Department are hereby dismissed with prejudice, with each side to bear his/its own fees and costs relating to this dismissal.

**IT IS SO STIPULATED.**

DATED: February 27, 2013    CAULFIELD LAW FIRM

By: /s/ Andrew T. Caulfield
        Andrew T. Caulfield

Attorneys for Defendants County of El Dorado, County of El Dorado Sheriff's Department, and Brandon Pina (sued herein as Brandon Pena)

DATED: February 27, 2013    THE LAW FIRM OF LAUB & LAUB

By: /s/ _____
        Jennifer Peterson, Esq.
        Susan M. Leeder

Attorneys for Plaintiff Patrick Wayne Solomon

**IT IS SO ORDERED.**

**Date: 3/22/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge