1

**ANDREW T. CAULFIELD, SBN 238300**
**RICHARD H. CAULFIELD, SBN 50258**

2

**CAULFIELD LAW FIRM**
**1101 Investment Blvd., Suite 120**

3

**El Dorado Hills, CA 95762**
**Telephone: (916) 933-3200**

4

**Facsimile:  (916) 605-4075**
**andrew@caulfieldlawfirm.com**

5

**Attorneys for Defendants County of El Dorado,**

6

**County of El Dorado Sheriff's Department,**
**and Brandon Pina (sued herein as Brandon Pena)**

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

**-o0o-**

| | |
|---|---|
| PATRICK WAYNE SOLOMON, | Case No.  2:13-cv-00115-GEB-CKD |
| Plaintiff, | **STIPULATION AND ORDER RE DISMISSAL OF ALL CLAIMS AGAINST COUNTY OF EL DORADO SHERIFF'S DEPARTMENT** |
| v. | |
| CITY OF SOUTH LAKE TAHOE; CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT; OFFICER J. HERMINGHAUS, individually and in his official capacity; COUNTY OF EL DORADO SHERIFF'S DEPARTMENT, OFFICER BRANDON PENA individually and in his official capacity; and DOES 1-10, inclusive, | **Hon. Garland E. Burrell, Jr.** |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20        Plaintiff Patrick Wayne Solomon ("Plaintiff") and Defendants County of El Dorado, County

21   of El Dorado Sheriff's Department, and Brandon Pina (sued herein as Officer Brandon Pena)

22   (collectively, "County Defendants"), by and through their undersigned counsel, hereby stipulate as

23   follows:

24        **1.**        **WHEREAS**, the parties agree that the County of El Dorado Sheriff's Department is

25   not a separately sueable entity from the County of El Dorado.  Therefore, the County of El Dorado

26   Sheriff's Department is not a proper defendant in this case.

27        **2.**        **WHEREAS**, Plaintiff agrees to voluntarily dismiss all claims and causes of action

28   against the County of El Dorado Sheriff's Department with prejudice.

1

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

**1.**      All claims and causes of action against the County of El Dorado Sheriff's Department are hereby dismissed with prejudice, with each side to bear his/its own fees and costs relating to this dismissal.

**IT IS SO STIPULATED.**

DATED:  February 27, 2013                         CAULFIELD LAW FIRM

                                                 By:/s/ Andrew T. Caulfield
                                                        Andrew T. Caulfield

                                                 Attorneys for Defendants County of El Dorado,
                                                 County of El Dorado Sheriff's Department, and
                                                 Brandon Pina (sued herein as Brandon Pena)

DATED: February 27, 2013                          THE LAW FIRM OF LAUB & LAUB

                                                 By: /s/ _____
                                                        Jennifer Peterson, Esq.
                                                        Susan M. Leeder

                                                 Attorneys for Plaintiff Patrick Wayne Solomon

**IT IS SO ORDERED.**

**Date:  3/22/2013**

                                                 _____
                                                 GARLAND E. BURRELL, JR.
                                                 Senior United States District Judge

2

STIPULATION AND ORDER RE DISMISSAL                        Case No.  2:13-cv-00115-GEB-CKD