IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK WAYNE SOLOMON, | ) | |
| | ) | 2:13-cv-00115-GEB-CKD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | (PRETRIAL SCHEDULING) |
| CITY OF SOUTH LAKE TAHOE; CITY | ) | CONFERENCE |
| OF SOUTH LAKE TAHOE POLICE | ) | |
| DEPARTMENT; OFFICER J. | ) | |
| ERMINGHAUS, individually and in | ) | |
| his official capacity; COUNTY OF | ) | |
| EL DORADO; OFFICER BRANDON PENA | ) | |
| individually and in his official | ) | |
| capacity; | ) | |
| | ) | |
| Defendants.* | ) | |
| _____ | ) | |

        The Joint Status Report filed March 11, 2013 ("JSR") reveals
this case is not ready to be scheduled.

        Plaintiff states in the JSR that he "will be filing an
amendment to the Complaint after agreement by all Defendants." (JSR
3:13-14.) However, Plaintiff neither provides any information concerning
when the referenced amendment will be filed, nor addresses how the
amendment will affect the pending dismissal motion (ECF No. 11). Such
information is necessary in determining how to schedule this action.
Further, Local Rule 160(a) requires the parties to notify the Court
immediately "when any motion . . . has been resolved . . . ."

---

        *       The caption has been amended according to the Dismissal of Doe
Defendants portion of this Order and the dismissal of Defendant El
Dorado County Sheriff's Department. (See ECF No. 27.)

For the stated reasons, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 1, 2013, is continued to April 15, 2013, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Does 1 through 10 are dismissed since Plaintiff has not justified Does remaining in this action. See Order Setting Status (Pretrial Scheduling) Conference filed January 22, 2013, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

IT IS SO ORDERED.

Dated:  March 27, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge