Susan M. Leeder (SBN 269277)
Jennifer Peterson (SBN 208858)
THE LAW FIRM OF LAUB & LAUB
1148 Ski Run Boulevard
South Lake Tahoe, CA 96150
(530) 577-5282
Attorneys for: Plaintiff
*PATRICK WAYNE SOLOMON*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| PATRICK WAYNE SOLOMON,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SOUTH LAKE TAHOE; CITY OF SOUTH LAKE TAHOE POLICE DEPARTMENT; OFFICER J. HERMINGHAUS, individually and in his official capacity; COUNTY OF EL DORADO SHERIFF'S DEPARTMENT, OFFICER BRANDON PENA individually and in his official capacity; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:13-cv-00115-GEB-CKD<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PRETRIAL CONFERENCE TO DECEMBER 1, 2014**<br><br>**Hon. Garland E. Burrell, Jr.** |

      Plaintiff Patrick Wayne Solomon ("Plaintiff") and Defendants City of South Lake Tahoe and City of South Lake Tahoe Police Department, by and through their undersigned counsel, hereby stipulate as follows:

      **1.**    **WHEREAS**, good cause exists to continue the Pretrial Conference set for November 24, 2014 at 1:30 p.m., in the above referenced matter, because the parties are awaiting the Court's ruling on the pending Motion for Summary Judgment, and;

      **2.**    **WHEREAS,** the Pretrial Conference was rescheduled by the Court to November 24, 2014 at 1:30 p.m., a date on which Counsel for Plaintiff will be out of state on another matter and cannot attend the Pretrial Conference;

**WHEREAS**, Plaintiff's counsel notified opposing counsel and the parties agreed to continue the Pretrial Conference to December 1, 2014 at 1:30 p.m., as presented to this Court for good cause set out herein.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

The Pretrial Conference may be continued to December 1, 2014 at 1:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing.

**IT IS SO STIPULATED.**

DATED: November 3, 2014          THE LAW FIRM OF LAUB & LAUB

By: /s/     Susan M. Leeder
    Jennifer Peterson, Esq.
    Susan M. Leeder
Attorneys for Plaintiff Patrick Wayne Solomon

DATED: November 3, 2014          FERGUSON PRAET & SHERMAN

By: /s/     Bruce Praet
    Bruce Praet
Attorneys for Defendants City of South Lake Tahoe, City of South Lake Tahoe Police Department, and Officer J. Herminghaus

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge